**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

MATTHEW GOMBERG, on behalf of himself and all others similarly situated,

Plaintiff,

-against-

BOND JEWELERS, INC.

Defendant.

Case No. 2:24-cv-01853

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and

hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice.

Dated:  Philadelphia, Pennsylvania
        November 15, 2024

Respectfully submitted,

/s/ David S. Glanzberg
Glanzberg Tobia Law, P.C.
*Attorneys for Plaintiff*